**COPY**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYEN EUGENE TONEY,<br><br>  Petitioner,<br><br>  v.<br><br>CONRAD GRABER, Warden,<br><br>  Respondent. | Case No. CV 13-4608-GW (SP)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: Dec. 24, 2014

                                                  HONORABLE GEORGE H. WU<br>
                                                  UNITED STATES DISTRICT JUDGE