COPY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYEN EUGENE TONEY,<br><br>    Petitioner,<br><br>    v.<br><br>CONRAD GRABER, Warden,<br><br>    Respondent. | Case No. CV 13-4608-GW (SP)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: Dec. 24, 2014

HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE